GREENWICH SAVINGS BANK v. SILVERMAN et al.

(Supreme Court, Appellate Division, First Department.   November 8, 1912.)

MORTGAGES (§ 473*)—COLLECTION OF RENT.

    A receiver of the rents and profits of mortgaged premises cannot resort to contempt proceedings to compel tenants of the owner to pay rent.

    [Ed. Note.—For other cases, see Mortgages, Cent. Dig. § 1384; Dec. Dig. § 473.*]

Appeal from Special Term, New York County.

. Action by the Greenwich Savings Bank against Louis Silverman and others. From an order directing defendant Max Schleimer to pay rent, he appeals. Reversed, and motion denied.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

Max Schleimer, of New York City, for appellant.
Middleton S. Borland, of New York City, for respondent.

PER CURIAM.  A receiver of the rents and profits of mortgaged premises cannot resort to contempt proceedings to compel tenants of the owner to pay rent.  American Mortgage Co. v. Sire, 103 App. Div. 396, 92 N. Y. Supp. 1082; Guerrier v. Coleman, 135 App. Div. 46, 119 N. Y. Supp. 895.

As the order appealed from can serve no purpose, except to lay the foundation for contempt proceedings, it is reversed, with $10 costs and disbursements, and the motion is denied, with $10 costs.